IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TANISHA JONES,

   Plaintiff,

    v.

HOME AMERICA MORTGAGE
INC. also known as
Home America Mortgage, Inc., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2330-TWT

## ORDER

This is an action under the Truth-in-Lending Act. It is before the Court on the Report and Recommendation [Doc. 21] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 3, 6, 18 & 19]. No responses to the Motions to Dismiss were filed and no objections have been filed to the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 3, 6, 18 & 19] are GRANTED. The Defendant Home America is DISMISSED without prejudice for failure to effectuate service of process.

SO ORDERED, this 12 day of January, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge